# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2020

161550

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

PHAROAH RAHSHAN JONES,
     Defendant-Appellee.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161550
COA: 346743
Lenawee CC: 17-018593-FH
17-018774-FH

_____/

     On order of the Court, the application for leave to appeal the May 7, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2020



Clerk

t1028